FILED
OCT 1 6 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 06mg0091 |
| ) | Criminal Case No. 06cr0125-R |
| Plaintiff, ) | |
| ) | ORDER RELEASING |
| v. ) | MATERIAL WITNESS |
| ) | |
| Jose Carlos Padilla, ) | Yong Kwang Chen |
| ) | |
| Defendant. ) | |

On order of the United States District Court Judge:

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as material witness at the CCA facility, be released from custody for the following reason:

Case Disposed on 4/17/2006 & Defendant was sentenced on 8/21/2006

Material Witness Name : YONG KWANG CHEN

Dated: 10/16/06

The Honorable John Rhoades
United States District Court Judge

Approved as to form:

Carol C. Lam
United States Attorney

Paul Cook, Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Oct 17  8 13 AM '06

06mg 0091

UNITED STATES OF AMERICA,  )
        Plaintiff  )   CRIMINAL NO. 06cr125-R
        vs.  )   ORDER
Jose Carlos Padilla  )   RELEASING MATERIAL WITNESS
        Defendant(s)  )   Booking No.

On order of the United States District/Magistrate Judge, **JOHN S. RHOADES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Yong Kwang Chen

DATED: 10/16/06

**JOHN S. RHOADES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
L. ODIERNO

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082